**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on July 31, 2017**

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 16−19453−RBR
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alberto Rafael Rivera
aka Alberto R Rivera, aka Alberto Rivera
2575 S.W. 119 Way
Miramar, FL 33025

SSN: xxx−xx−0778

## FINAL DECREE

The trustee, Robin R Weiner, having filed a final report that the estate has been fully administered, is discharged and the case is closed.